```
McGREGOR W. SCOTT
United States Attorney
JILL M. THOMAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729
```

FILED

MAY 2 8 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                DEPUTY CLERK

# SEALED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RICKY WARE,<br>CHRISTIAN ROBERSON,<br>aka Chrissy<br><br><br><br><br><br>    Defendants. | Case No. 2:08-CR-0239 LKK<br><br>**ORDER TO SEAL**<br>**(Under Seal)** |

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney Jill M. Thomas to seal the indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of defendants, RICKY WARE, and CHRISTIAN ROBERSON, aka Chrissy or until further order of the Court.

DATED: May 28, 2008

_GREGORY G. HOLLOWS_
GREGORY G. HOLLOWS
United States Magistrate Judge