```
                                              FILED
                                              June 12, 2008
                                              CLERK, US DISTRICT COURT
                                              EASTERN DISTRICT OF
                                              CALIFORNIA
                                              DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>CHRISTIAN ROBERSON, )<br>)<br>Defendant. ) | Case No. 2:08-cr-00239-LKK<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  CHRISTIAN ROBERSON  Case 2:08-cr-00239-LKK  from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_    Release on Personal Recognizance

    \_    Bail Posted in the Sum of  $50,000.00 co-signed by the defendant and defendant's mother.

    \_    Unsecured bond in the amount of

    \_    Appearance Bond with 10% Deposit

    \_    Appearance Bond secured by Real Property

    \_    Corporate Surety Bail Bond

    X    (Other) PTS conditions/supervision;

Issued at  Sacramento, CA  on 6/12/08   at  3:12 p.m.

By _____
Kimberly J. Mueller,
United States Magistrate Judge