McGREGOR W. SCOTT
United States Attorney
JILL M. THOMAS
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2790

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR S-08-00239 LKK |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER |
| | ) RESETTING STATUS CONFERENCE, |
| v. | ) AND EXCLUDING TIME UNDER THE |
| | ) SPEEDY TRIAL ACT |
| RICKY WARE and | ) |
| CHRISTIAN ROBERSON, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

    The United States of America, through its counsels of record, McGregor W. Scott, United States Attorney for the Eastern District of California, and Jill M. Thomas, Assistant United States Attorney, defendant Ricky Ware, through his counsel of record, Danny Brace, Jr., and Christian Roberson, through her counsel of record, Mary French, hereby stipulate and agree that the status conference set for August 19, 2008, be continued to September 3, 2008, at 9:30 a.m.

    The parties need additional time for preparation. Therefore, the parties have agreed and respectfully request that the Court set the date of September 3, 2008, at 9:30 a.m., for the status conference. Accordingly, the parties stipulate that time be

excluded pursuant to Local Code T4 - additional time to prepare.

IT IS SO STIPULATED.

```
                                        McGREGOR W. SCOTT
                                        United States Attorney

Dated: August 7, 2008       By:   /s/ Jill M. Thomas
                                  JILL M. THOMAS
                                  Assistant U.S. Attorney
                                  Attorney for Plaintiff


DATED: August 7, 2008       By:   /s/ Mary M. French
                                  MARY M. FRENCH
                                  Attorney for Defendant
                                  CHRISTIAN ROBERSON


DATED: August 7, 2008       By:   /s/ Danny D. Brace, Jr.
                                  DANNY D. BRACE, JR.
                                  Attorney for Defendant
                                  RICKY WARE
```
_____

**ORDER**

UPON GOOD CAUSE SHOWN and by stipulation of all parties, it is hereby ordered that this matter be set for further status conference as set forth above.

The Court finds excludable time as set forth above to and including September 3, 2008

**IT IS SO ORDERED.**

DATED: August 11, 2008

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2