CANDACE A. FRY
CA Bar No. 68910
2401 Capitol Avenue
Sacramento, CA  95816
Telephone:  (916) 446-9322
FAX:   (916) 446-0770
E mail: C.Fry@att.net

Attorney for CHRISTIAN ROBERSON,
Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RICKY WARE and CHRISTIAN ROBERSON,<br><br>　　　　Defendants. | No. CR.S-008-239-LKK<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |

　　It is hereby stipulated and agreed by and between the parties hereto, through their respective counsel, that the status conference presently scheduled in this matter for October 7, 2008, be continued to November 17, 2008, at 1:30 p.m.

　　This continuance is sought by defense counsel to continue investigation, review discovery and assess discovery needs. Accordingly, the parties agree that time under the Speedy Trial Act shall be excluded through November 17, 2008, to provide reasonable time for defense preparation of the case, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) (Local Code T4).

-1-

```
Dated: October 6, 2008                    /s/ Candace A. Fry
                                         CANDACE A. FRY, Attorney for
                                         CHRISTIAN ROBERSON, Defendant

Dated: October 6, 2008                    /s/ Candace A. Fry for
                                         DANNY D. BRACE, JR., Attorney
                                         For RICKY WARE, Defendant


Dated: October 6, 2008                   McGREGOR W. SCOTT
                                         United States Attorney

                                          /s/ Candace A. Fry for
                                         JILL THOMAS, Assistant United
                                         States Attorney

                                         (Signed for Ms. Thomas &
                                         Mr. Brace with their prior
                                         authorization)
```

**O R D E R**

IT IS SO ORDERED.

      Dated: October 6, 2008

                                            LAWRENCE K. KARLTON
                                            SENIOR JUDGE
                                            UNITED STATES DISTRICT COURT

-2-