CANDACE A. FRY
CA Bar No. 68910
2401 Capitol Avenue
Sacramento, CA  95816
Telephone:  (916) 446-9322
FAX:  (916) 446-0770
E mail: C.Fry@att.net

Attorney for CHRISTIAN ROBERSON,
Defendant

IN  THE  UNITED  STATES  DISTRICT  COURT

FOR  THE  EASTERN  DISTRICT  OF  CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR.S-008-239-LKK |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER MODIFYING** |
| | ) | **CONDITIONS OF PRETRIAL RELEASE** |
| v. | ) | |
| CHRISTIAN ROBERSON, | ) | |
| Defendants. | ) | |

It is hereby stipulated and agreed by and between the parties hereto, through their respective counsel, that the conditions of pretrial release imposed by this Court as to defendant Christian Roberson shall be modified as follows: the defendant shall attend mental health counseling as directed by her Pretrial Services Officer. All other conditions shall remain the same.  This modification was requested by Pretrial Services and with the agreement of the defendant.

Dated: October 6, 2008                        /s/ Candace A. Fry
                                     CANDACE A. FRY, Attorney for
                                     CHRISTIAN ROBERSON, Defendant

Dated: October 6, 2008                    McGREGOR W. SCOTT
                                          United States Attorney

                                           /s/ Candace A. Fry for
                                          JILL THOMAS, Assistant United
                                          States Attorney

                                          (Signed for Ms. Thomas with
                                          her prior authorization)


**O R D E R**


IT IS SO ORDERED.

DATED: November 7, 2008.


                                    DALE A. DROZD
                                    UNITED STATES MAGISTRATE JUDGE


Ddad1/orders.criminal/roberson0239.stipord

-2-