McGREGOR W. SCOTT
United States Attorney
JILL M. THOMAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2781

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. No. S-08-0239 LKK |
| Plaintiff, | ) |
| v. | ) ORDER CONTINUING STATUS |
|  | ) CONFERENCE |
| RICKY WARE and, CHRISTIAN ROBERSON, | ) |
| Defendants. | ) |

**ORDER**

The parties appeared before the Court on Monday, November 17, 2008, in case number S-08-0414 LKK.  At that time, based upon the representations and agreement of all counsel, the Court ordered that the status conference set for November 17, 2008, at 1:30 p.m., be continued to Monday, December 8, 2008, at 1:30 p.m., and that the time beginning November 17, 2008, and extending through December 8, 2008, was excluded from the calculation of time under the Speedy Trial Act.  18 U.S.C. § 3161.

The exclusion of time is appropriate due to the defense

1

1  counsels' need to prepare.  18 U.S.C. § 3161(h)(8)(B)(ii) and
2  (iv); Local Code T4.  A continuance is necessary in this case in
3  order to ensure defense counsel has a reasonable amount of time
4  to review the evidence given the limitations imposed by Congress.
5  It's also necessary to ensure defense counsel's effective
6  preparation, taking into account the exercise of due diligence.
7  18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4.
8       ACCORDINGLY, it is hereby ordered that the status conference
9  set for November 17, 2008, at 1:30 p.m., be continued to Monday,
10 December 8, 2008, at 1:30 p.m., and that the time beginning
11 November 17, 2008, and extending through December 8, 2008, be
12 excluded from the calculation of time under the Speedy Trial Act.
13 The Court finds that the interests of justice served by granting
14 this continuance outweigh the best interests of the public and
15 the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).
16      IT IS SO ORDERED.

Dated: December 3, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT