McGREGOR W. SCOTT
United States Attorney
JILL M. THOMAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2781

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | CR. No. S-08-0239 LKK |
| )  Plaintiff,                  ) | |
| )  v.                          ) | ORDER CONTINUING CASE TO |
| )                              ) | TRIAL DATE |
| RICKY WARE and,                ) | |
| CHRISTIAN ROBERSON,            ) | |
| )  Defendants.                 ) | |

**ORDER**

The parties appeared before the Court on Monday, December 8, 2008, in case number S-08-0239 LKK.  At that time, based upon the representations and agreement of all counsel, the Court ordered the Trial Confirmation Hearing set for March 24, 2009, at 9:15 a.m., and jury trial on Tuesday, April 7, 2009, at 10:30 a.m. and that the time beginning December 8, 2008, and extending through April 7, 2009, was excluded from the calculation of time under the Speedy Trial Act.  18 U.S.C. § 3161.

The exclusion of time is appropriate due to the defense counsels' need to prepare for trial  18 U.S.C. §

1

3161(h)(8)(B)(iv); Local Code T4.  A continuance is necessary in this case in order to ensure defense counsel has a reasonable amount of time to review the evidence given the limitations imposed by Congress.  It's also necessary to ensure defense counsel's effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4.

ACCORDINGLY, it is hereby ordered the Trial Confirmation Hearing set for March 24, 2009, at 9:15 a.m., and jury trial on Tuesday, April 7, 2009, at 10:30 a.m., and that the time beginning December 8, 2008, and extending through April 7, 2009, be excluded from the calculation of time under the Speedy Trial Act.  The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

IT IS SO ORDERED.

Dated: December 15, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT