LAWRENCE G. BROWN
Acting United States Attorney
JILL M. THOMAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2781

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR-S-08-239 LKK |
| Plaintiff, ) | GOVERNMENT'S MOTION TO DISMISS THE INDICTMENT AS TO DEFENDANT |
| v. ) | CHRISTIAN ROBERSON AND ORDER |
| CHRISTIAN ROBERSON, aka ) "Chrissy" ) | |

The United States of America, through its attorneys of record, Assistant U.S. Attorney Jill Thomas, hereby moves for an order dismissing the indictment, specifically Counts One through Six, against defendant Christian ROBERSON, aka "Chrissy" pursuant to Federal Rule of Criminal Procedure 48(a).

Background

On May 28, 2008, a Sacramento federal Grand Jury returned an indictment against defendant Christian ROBERSON, aka "Chrissy" along with one other defendant, Ricky WARE in a case related to conspiracy to possess with intent to distribute and to distribute MDMA and conspiracy to launder money and money laundering in violation of 21

1

U.S.C. §§ 841(a)(1) and 846, and 18 U.S.C. §§ 1956(a)(1)(B)(i) and 1956(h).

On March 19, 2009, the government obtained exculpatory information related to the case pending against Christian ROBERSON, aka "Chrissy". This resulted in the government's belief that insufficient evidence exists to sustain a conviction concerning defendant Christian ROBERSON, aka "Chrissy", who was not detained pretrial. Counsel for defendants Ricky WARE and Christian ROBERSON, aka "Chrissy" and the defendants themselves have no objection to this motion to dismiss.

Based on the above recently obtained exculpatory information, the undersigned hereby moves to dismiss with prejudice Counts One through Six against Christian ROBERSON, aka "Chrissy" in Case No. CR-S-08-239 LKK in the interests of justice pursuant to Rule 48(a).

Respectfully Submitted,

LAWRENCE G. BROWN
Acting United States Attorney

DATED: March 25, 2009    By:/s/ Jill Thomas
                         JILL M. THOMAS
                         Assistant U.S. Attorney

1 **ORDER**

2    For the reasons set forth in the motion to dismiss filed by the
3 United States, **IT IS HEREBY ORDERED** that:

4    1.   Counts One through Six of the Indictment in Case No. CR-S-
5 08-239 LKK as to defendant Christian ROBERSON, aka "Chrissy" is
6 hereby DISMISSED pursuant to Federal Rule of Criminal Procedure 48(a)
7 with prejudice.

9 DATED: March 24, 2009

   LAWRENCE K. KARLTON
   SENIOR JUDGE
   UNITED STATES DISTRICT COURT